## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01468-WYD-MEH

LEAH HAINES,

    Plaintiff,

v.

ADB CABLE, INC., f/k/a Advance Digital Broadcast, Inc.,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulated Motion to Dismiss With Prejudice (ECF No. 27). After a careful review of the motion, I find that it should be granted pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Accordingly, all claims asserted in this case are hereby dismissed, and this matter is **DISMISSED WITH PREJUDICE**, with each party to bear her or its own attorney fees and costs.

    Dated: January 14, 2016

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge